# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| HECTOR MANUEL VASQUEZ CARRETO, | § § § | |
| *Petitioner*, | § § | |
| v. | § § § | |
| KRISTI NOEM, SECRETARY OF HOMELAND SECURITY, U.S. DEPARTMENT OF HOMELAND SECURITY, TODD LYONS, ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, MARY DE ANDA-YBARRA, DIRECTOR, EL PASO ICE FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, PAMELA BONDI, ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE, AND WARDEN, ERO EL PASO CAMP EAST MONTANA, | § § § § § § § § § § § § § § § § § | No. 3:25-CV-00597-LS |
| *Respondents*. | § | |

## ORDER DISMISSING CASE

Upon consideration of the parties' Joint Stipulation of Voluntary Dismissal,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 17, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 10.